IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

CLIFFORD BAILY, CLIFFORD BLACK,        )
WESLEY CALHOUN, CURTIS DEASON,         )
RUTH GRAVES, MICKEY GRIZZARD,          )
JIMMY PERRY, HERBERT STANLEY SIKES,)
And PHILLIP THOMPSON,                  )
                                       )
     Plaintiffs,                       )
                                       )
vs.                                    )   CASE NUMBER: CV-
                                       )   3:06 CV 979- M
MERCK & CO., INC., a foreign or        )                 H
Domestic Corporation, DAVID SPARKMAN,  )                 T
KATHERINE HOLMES, LORI LOVETT,         )
SCOTT BARTLETT, CORAL HARPER,          )
MELISSA SANTIAGO, HENRY MITCHAM,       )
JERRY PHARR, JASON DELK, CHARLES       )
HENDERSON, JAMES HOUSTON, JULIE        )
MELTON, JULIE HODGES, MELISSA          )
BAUER, NATASHA WALKER-MCGLOTHAM)
RANDY WELLS, and the Defendants A,     )
B, C, D, E, X & Z whether singular or  )   Removed from the
plural, being those persons, firms or  )   Circuit Court of
entities who or which proximately      )   Randolph County, Alabama
caused or contributed to the Plaintiff's )   (CV-06-145)
and Plaintiff's decedent's other harm  )
and the other damages as complained    )
of herein whose true names are         )
unknown to the Plaintiff but will be   )
added by amendment when correctly      )
ascertained,                           )
                                       )
     Defendants.                       )

RECEIVED

2006 OCT 30  P 3: 40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO DISMISS

Without waiving any other defense he may have to this lawsuit, Defendant **Jason Delk**

moves to dismiss the Plaintiffs' Complaint, under Rule 12(b)(6) of the Federal Rules of Civil

Procedure, for failure to state a claim upon which relief can be granted.  In support of this

motion, Delk states that he has been fraudulently joined to this action, and incorporates the legal arguments, citations, and exhibits in Merck & Co., Inc.'s Notice of Removal.

*Richard B Garrett*

Richard B. Garrett
One of the Attorneys for Defendant,
Merck & Co., Inc.

OF COUNSEL:
Robert C. "Mike" Brock
F. Chadwick Morriss
Ben C. Wilson
Richard B. Garrett
RUSHTON, STAKELY, JOHNSTON, & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100
Facsimile: (334) 262-6277

## CERTIFICATE OF SERVICE

I hereby certify that I have served the above and foregoing document upon all interested parties by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the **30th** day of October 2006, as follows:

James S. Hubbard
Thomas J. Knight
HUBBARD & KNIGHT
1125 Noble Street
Anniston, Alabama 36201

*Richard B Garrett*

OF COUNSEL

2