IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **CLIFFORD BAILEY, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv979-MHT |
| ) | |
| **MERK & CO., INC.,** a ) | |
| foreign or domestic ) | |
| corporation, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that the parties show cause, if any there be, in writing by November 20, 2006, as to why this cause should not be stayed pending MDL transfer.

DONE, this the 1st day of November, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE