IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CLIFFORD BAILEY, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 3:06cv979-MHT |
| ) | |
| MERK & CO., INC., a ) | |
| foreign or domestic ) | |
| corporation, et al., ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the motion to stay (doc. no. 21) is set for submission, without oral argument, on November 20, 2006, with all briefs due by said date.

DONE, this the 8th day of November, 2006.

          /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE