IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **CLIFFORD BAILEY, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv979-MHT |
| ) | |
| **MERK & CO., INC.,** a ) | |
| foreign or domestic ) | |
| corporation, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that the motion to remand (doc. no. 25) is set for submission, without oral argument, on December 1, 2006, with all briefs due by said date.

DONE, this the 21st day of November, 2006.

                          /s/ Myron H. Thompson
                      **UNITED STATES DISTRICT JUDGE**