IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **CLIFFORD BAILEY, et al.,** | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:06cv979-MHT |
| | ) | |
| **MERK & CO., INC.,** a foreign or domestic corporation, **et al.,** | ) ) ) | |
| | ) | |
|    Defendants. | ) | |

### ORDER

It is ORDERED that the motion for expedited hearing (doc. no. 25) is denied.

DONE, this the 21st day of November, 2006.

                                                   /s/ Myron H. Thompson  
                                              **UNITED STATES DISTRICT JUDGE**