IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD BAILEY, CLIFFORD BLACK, WESLEY CALHOUN, CURTIS DEASON, RUTH GRAVES, MICKEY GRIZZARD, JIMMY PERRY, HERBERT STANLEY SIKES, and PHILLIP THOMPSON,  )<br><br>    Plaintiffs,  )<br><br>v.  )<br><br>MERCK & CO., INC., et al,  )<br><br>    Defendants.  ) | Case No.: 3:06-cv-979-MHT-SRW |

**NOTICE OF CASE INCLUSION IN CONDITIONAL TRANSFER ORDER (CTO-76) OF JUDICIAL PANEL ON MULIDISTRICT LITIGATION**

COMES NOW, the Defendant Merck & Co., Inc. ("Merck"), and hereby notifies this Honorable Court that this case has been designated for transfer to the United States District Court for the Eastern District of Louisiana pursuant to Conditional Transfer Order (CTO-76) issued by the Judicial Panel on Multidistrict Litigation (JPML). Merck would further show the Court as follows:

1. On February 16, 2005, the JPML issued an order establishing MDL-1657 and transferring 148 federal Vioxx® cases to the Eastern District of Louisiana for coordinated pretrial proceedings before the Honorable Eldon E. Fallon.

2. On November 3, Merck provided notice to the Panel of this action pursuant to the tag-along procedures contained in the MDL rules. On November 7, 2006, Merck moved to stay (Doc. 21) this matter pending an applicable transfer order by the JPML.

3. On November 29, 2006, the JPML issued Conditional Transfer Order 76 (CTO-76) consisting of numerous cases tabbed for transfer to MDL.[1]  Attached hereto as **Exhibit A** is a copy of CTO-76.  This action is included in CTO-76.[2]  See Schedule CTO-76, p. 1.  Barring an objection filed within the period set forth by CTO-76, this action will be immediately transferred to Judge Fallon's court, where it will become part of MDL-1657 and thus be subject to coordination of all pretrial proceedings.  See CTO-76, Exhibit A.

4. Given the overlapping factual issues this case has with those already in the MDL proceedings, transfer of this case to the MDL is appropriate.  Merck therefore informs the Court of CTO-76 and it urges this Court to stay all proceedings in this action pending the transfer of this action to MDL-1657.

Date:  December 4, 2006.

/s/ Ben C. Wilson
BEN C. WILSON
One of the attorneys for Merck & Co., Inc.

OF COUNSEL:
Robert C. "Mike" Brock
F. Chadwick Morriss
Ben C. Wilson
RUSHTON, STAKELY, JOHNSTON, & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone:  (334) 206-3100
Facsimile: (334) 262-6277

---

[1] Counsel for Merck received CTO-76 by mail on December 4, 2006.
[2] CTO-76 also includes *Junior Alldreage, et al v. Merck*, 06-2260-RRA-E (N.D. Ala.) and *Wayne Watts, et al v. Merck*, 06-2284-RBP (N.D. Ala.).  These cases were also filed by Plaintiff's counsel, purport to state identical claims, and, with one or two exceptions, include as defendants the same sales representatives involved in this case.

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 4 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James S. Hubbard
Thomas J. Knight
HUBBARD & KNIGHT
1125 Noble Street
Anniston, Alabama  36201

                                      /s/ Ben C. Wilson_____
                                      OF COUNSEL

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 29 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-76)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 5,171 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Exhibit A

SCHEDULE CTO-76 - TAG-ALONG ACTIONS
DOCKET NO. 1657
IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALASKA** | |
| AK 3 06-257 | Gary W. Putman, et al. v. Merck & Co., Inc. |
| AK 3 06-258 | Robert Felder v. Merck & Co., Inc. |
| **ALABAMA MIDDLE** | |
| ALM 3 06-979 | Clifford Bailey, et al. v. Merck & Co., Inc., et al. |
| **ALABAMA NORTHERN** | |
| ALN 1 06-2260 | Junior Alldreage, et al v. Merck & Co., Inc., et al. |
| ALN 1 06-2284 | Wayne Watts, et al. v. Merck & Co., Inc. |
| ALN 5 06-2248 | Don Macmillan v. Merck & Co., Inc. |
| ALN 7 06-2332 | Dorothy Cantrell, et al. v. Merck & Co., Inc. |
| **ARIZONA** | |
| AZ 2 06-2665 | Marlene Ferguson, et al. v. Merck & Co., Inc. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 06-6642 | Deborah Dionne, et al. v. Merck & Co., et al. |
| CAC 2 06-6644 | Lucila B. Castillo, et al. v. Merck & Co., Inc. |
| CAC 2 06-6816 | Philip Hansen Bailey, etc. v. Merck & Co, Inc. |
| CAC 2 06-7006 | Shelia Williams v. Merck & Co., Inc. |
| CAC 2 06-7007 | William E. Hauser, etc. v. Merck & Co., Inc. |
| **CALIFORNIA EASTERN** | |
| CAE 2 06-2283 | Barbara Abbott, et al. v. Merck & Co., Inc. |
| CAE 2 06-2284 | Delphia Bell v. Merck & Co., Inc., et al. |
| CAE 2 06-2285 | Harry Jones v. Merck & Co., Inc., et al. |
| CAE 2 06-2332 | Norma Loomis v. Merck & Co., Inc. |
| CAE 2 06-2344 | Marva Johnson v. Merck & Co., Inc. |
| CAE 2 06-2346 | Carl Dudding v. Merck & Co., Inc. |
| CAE 2 06-2348 | Sandra Elliott v. Merck & Co., Inc. |
| CAE 2 06-2349 | Anh Devers v. Merck & Co., Inc. |
| CAE 2 06-2350 | Kenneth Tinkle v. Merck & Co., Inc. |
| CAE 2 06-2351 | Kenneth Debolt v. Merck & Co., Inc. |
| CAE 2 06-2352 | Betty Mesi v. Merck & Co., Inc. |
| CAE 2 06-2354 | Antonio Lourenco v. Merck & Co., Inc. |
| CAE 2 06-2362 | Karen Morris v. Merck & Co., Inc. |
| CAE 2 06-2422 | Adnell Stephens v. Merck & Co., Inc., et al. |
| CAE 2 06-2431 | Donna Goncar v. Merck & Co., Inc., et al. |
| CAE 2 06-2434 | Richard McCullough v. Merck & Co., Inc., et al. |
| CAE 2 06-2471 | Karin Barrett v. Merck & Co., Inc. |
| CAE 2 06-2472 | Domingo Arcangles v. Merck & Co., Inc. |
| CAE 2 06-2473 | Semen Fiskel v. Merck & Co., Inc. |
| CAE 2 06-2474 | Al Kessler v. Merck & Co., Inc. |

Exhibit A

SCHEDULE CTO-76 - TAG-ALONG ACTIONS  (MDL-1657)                              Page 2 of 6

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| CAE 2  06-2477 | Charlotte Mendonea v. Merck & Co., Inc. |
| CAE 2  06-2479 | Sheryl Churchman v. Merck & Co., Inc., et al. |
| CAE 2  06-2480 | Besham Singh v. Merck & Co., Inc., et al. |
| CAE 2  06-2489 | Madelyn Duke, et al. v. Merck & Co., Inc., et al. |
| CAE 2  06-2490 | Beryl L. Caterson v. Merck & Co., Inc., et al. |

CALIFORNIA NORTHERN

| | |
|---|---|
| CAN 3  06-6576 | Barbara Brooks v. Merck & Co., Inc., et al. |
| CAN 3  06-6587 | Otis Mercer v. Merck & Co., Inc., et al. |
| CAN 3  06-6595 | Peter Brooks v. Merck & Co., Inc., et al. |
| CAN 3  06-6612 | Ray Reed v. Merck & Co., Inc., et al. |
| CAN 3  06-6762 | Lola Baker v. Merck & Co., Inc. |
| CAN 3  06-6764 | Susan Christensen v. Merck & Co., Inc. |
| CAN 3  06-6765 | Carlos Adlawan v. Merck & Co., Inc. |
| CAN 3  06-6766 | Anita Aars v. Merck & Co., Inc. |
| CAN 3  06-6767 | Klara Bernsteyn v. Merck & Co., Inc. |
| CAN 3  06-6769 | Robert Chow v. Merck & Co., Inc. |
| CAN 3  06-6789 | Marbely Gutierrez v. Merck & Co., Inc. |
| CAN 3  06-6793 | Ninel Gindina v. Merck & Co., Inc. |
| CAN 3  06-6795 | Julia Dumas, et al. v. Merck & Co., Inc. |
| CAN 3  06-6796 | Robert Garrett v. Merck & Co., Inc. |
| CAN 3  06-6846 | Wayne Wong v. Merck & Co., Inc. |
| CAN 3  06-6848 | Elliot Zolt v. Merck & Co., Inc. |
| CAN 3  06-6851 | Jerry Hale v. Merck & Co., Inc. |
| CAN 3  06-6859 | Leo Hildreth v. Merck & Co., Inc. |
| CAN 3  06-6862 | Alex Lukovsky v. Merck & Co., Inc. |
| CAN 3  06-6863 | Juana Ochoa v. Merck & Co., Inc. |
| CAN 3  06-6864 | John Morrice v. Merck & Co., Inc. |
| CAN 3  06-6866 | Ronald L. Silva v. Merck & Co., Inc. |
| CAN 3  06-6867 | Nancy Pittroff v. Merck & Co., Inc. |
| CAN 3  06-6869 | Lev Klachkavsky v. Merck & Co., Inc. |
| CAN 3  06-6873 | Barbara Hoffman, etc. v. Merck & Co., Inc. |
| CAN 3  06-6874 | Fred Rice v. Merck & Co., Inc. |
| CAN 3  06-6875 | Gerald Sefranka v. Merck & Co., Inc. |
| CAN 3  06-6878 | Richard Simms v. Merck & Co., Inc. |
| CAN 3  06-6879 | Samuel Summerfield v. Merck & Co., Inc. |
| CAN 3  06-6880 | Lula Taylor v. Merck & Co., Inc. |
| CAN 3  06-6881 | George Martinis v. Merck & Co., Inc. |
| CAN 3  06-6882 | Elivra Nagle v. Merck & Co., Inc. |
| CAN 4  06-6590 | Christine Hansen, et al. v. Merck & Co., Inc., et al. |
| CAN 4  06-6785 | Valentina Demikhovskaya v. Merck & Co., Inc. |
| CAN 4  06-6788 | Daniel Flanagan v. Merck & Co., Inc. |
| CAN 4  06-6843 | Janie Wiley v. Merck & Co., Inc. |
| CAN 4  06-6865 | Guadalupe Urena, et al. v. Merck & Co., Inc. |
| CAN 4  06-6868 | Nian Huang v. Merck & Co., Inc. |
| CAN 4  06-6871 | Mary L. Howle v Merck & Co., Inc. |

CALIFORNIA SOUTHERN

| | |
|---|---|
| CAS 3  06-2431 | Michael Cienfuegos, etc. v. Merck & Co., Inc., et al. |
| CAS 3  06-2432 | Jimmie Ramsey v. Merck & Co., Inc., et al. |

Exhibit A

SCHEDULE CTO-76 - TAG-ALONG ACTIONS (MDL-1657)					Page 3 of 6

DIST. DIV. C.A. #					CASE CAPTION

COLORADO
  CO  1  06-2130                           Herbert L. Wittow v. Merck & Co., Inc.
  CO  1  06-2164                           James Franklin, etc. v. Merck & Co., Inc.
  CO  1  06-2165                           Ronald Dooley, et al. v. Merck & Co., Inc.

CONNECTICUT
  CT  3  06-1761                           Frank Pescatello v. Merck & Co., Inc.

FLORIDA MIDDLE
  FLM  2  06-587                          Danny Taulbee v. Merck & Co., Inc., et al.
  FLM  5  06-379                          Lyle Moody v. Merck & Co., Inc., et al.
  FLM  6  06-1667                        Marian Jenkinson, etc. v. Merck & Co., Inc., et al.
  FLM  8  06-1209                        Barbara Jowers v. Merck & Co., Inc., et al.
  FLM  8  06-1992                        Robert Sidney Spann v. Merck & Co., Inc., et al.

FLORIDA SOUTHERN
  FLS  0  06-61580                       Jeffrey Dombeck, et al. v. Merck & Co., Inc.
  FLS  0  06-61581                       William J. Leon, et al. v. Merck & Co., Inc.
  FLS  0  06-61582                       Marthan Moore, et al. v. Merck & Co., Inc.
  FLS  0  06-61583                       Lillian A. Russo v. Merck & Co., Inc.
  FLS  0  06-61609                       Victoria Luciano, et al. v. Merck & Co., Inc.
  FLS  1  06-22292                       Susana Jalon, et al. v. Merck & Co., Inc.
  FLS  2  06-14284                       Kenneth Bowe, et al. v. Merck & Co., Inc., et al.
  FLS  2  06-14285                       Jacob Avidon, et al. v. Merck & Co., Inc., et al.
  FLS  2  06-14287                       Veronica Clark-Atchinson v. Merck & Co., Inc., et al.
  FLS  2  06-14288                       Robin A. Curry v. Merck & Co., Inc., et al.
  FLS  2  06-14289                       Lystine Fairweather, et al. v. Merck & Co., Inc., et al.
  FLS  2  06-14290                       Mary Lee Hudson v. Merck & Co., Inc., et al.
  FLS  2  06-14291                       Walter Smith, et al. v. Merck & Co., Inc., et al.
  FLS  2  06-14292                       Warren Young, et al. v. Merck & Co., Inc., et al.
  FLS  2  06-14293                       Andrew Trax, et al. v. Merck & Co., Inc., et al.
  FLS  2  06-14294                       Helen Spano, et al. v. Merck & Co., Inc., et al.
  FLS  2  06-14295                       John Gumas v. Merck & Co., Inc., et al.
  FLS  2  06-14296                       Darrell Duncan v. Merck & Co., Inc., et al.
  FLS  2  06-14297                       James Ferguson v. Merck & Co., Inc., et al.
  FLS  2  06-14298                       Carol Morgan v. Merck & Co., Inc., et al.
  FLS  2  06-14299                       Patricia C. Putman, et al. v. Merck & Co., Inc., et al.
  FLS  2  06-14300                       Donald L. Simons v. Merck & Co., Inc., et al.
  FLS  2  06-14301                       Donna Robinson v. Merck & Co., Inc., et al.
  FLS  2  06-14305                       Henry C. Givens v. Merck & Co., Inc., et al.
  FLS  9  06-80994                       Gail Simmons v. Merck & Co., Inc., et al.
  FLS  9  06-80996                       Anita Finnegan v. Merck & Co., Inc., et al.
  FLS  9  06-80997                       Joseph Iuvara, et al. v. Merck & Co., Inc., et al.
  FLS  9  06-80998                       Thomas Erling v. Merck & Co., Inc., et al.

GEORGIA NORTHERN
  GAN  1  06-2643                         Clifford L. Wooten v. Merck & Co., Inc.
  GAN  1  06-2644                         Elizabeth C. Rosebush, etc. v. Merck & Co., Inc.

IOWA NORTHERN
  IAN  3  06-3065                         Phyllis Heslop v. Merck & Co., Inc.

Exhibit A

SCHEDULE CTO-76 - TAG-ALONG ACTIONS (MDL-1657)                                    Page 4 of 6

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| IOWA SOUTHERN | |
| IAS 1 06-39 | Jerry Barringer v. Merck & Co., Inc. |
| ILLINOIS CENTRAL | |
| ILC 2 06-2221 | William Phelps, etc. v. Merck & Co., Inc. |
| ILLINOIS NORTHERN | |
| ILN 1 06-5743 | Doris Miller, et al. v. Merck & Co., Inc. |
| ILN 1 06-5744 | Ines Alegre, etc. v. Jorge N. Aguayo, M.D., et al. |
| ILN 1 06-5805 | Evelyn Waldman v. Merck & Co., Inc. |
| ILLINOIS SOUTHERN | |
| ILS 3 06-818 | Myrna Hamilton, et al. v. Merck & Co., Inc., et al. |
| ILS 3 06-827 | Ann Reid v. Merck & Co., Inc., et al. |
| ILS 3 06-831 | William W. Rhodes v. Merck & Co., Inc., et al. |
| ILS 3 06-840 | Jerry Lemonds v. Merck & Co., Inc., et al. |
| ILS 3 06-848 | James Ignatz v. Merck & Co., Inc., et al. |
| ILS 3 06-849 | Louis Kraus v. Merck & Co., Inc., et al. |
| ILS 3 06-850 | John M. Linkes v. Merck & Co., Inc. |
| ILS 3 06-853 | Antonio Silva v. Merck & Co., Inc. |
| ILS 3 06-867 | Catherine S. Sadich v. Merck & Co., Inc. |
| ILS 3 06-868 | John Street v. Merck & Co., Inc. |
| ILS 3 06-877 | Rodney W. Shupe v. Merck & Co., Inc. |
| INDIANA NORTHERN | |
| INN 2 06-363 | Seth Jones v. Merck & Co., Inc. |
| KANSAS | |
| KS 2 06-2413 | David Edmonds v. Merck & Co., Inc. |
| LOUISIANA WESTERN | |
| LAW 2 06-1936 | Sally Ellender Chapman v. Merck & Co., Inc. |
| MINNESOTA | |
| MN 0 06-4406 | Donald Haider v. Merck & Co., Inc. |
| MISSOURI EASTERN | |
| MOE 4 06-1589 | Ida Criglar, et al. v. Merck & Co., Inc., et al. |
| NEW YORK EASTERN | |
| NYE 1 06-4796 | Yolande Brice, et al. v. Merck & Co., Inc. |
| NEW YORK NORTHERN | |
| NYN 1 06-1309 | Deanne Murdie, etc. v. Merck & Co., Inc., et al. |
| NYN 5 06-1332 | Douglas Charles Persse, et al. v. Merck & Co., Inc. |
| NEW YORK SOUTHERN | |
| NYS 1 06-11419 | Ali Ghanem v. Merck & Co., Inc., et al. |

Exhibit A

SCHEDULE CTO-76 - TAG-ALONG ACTIONS (MDL-1657)                          Page 5 of 6

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| NEW YORK WESTERN | |
| NYW 6 06-6530 | Rosemary Johnson v. Merck & Co., Inc., et al. |
| NYW 6 06-6531 | Zerita H. Newman, etc. v. Merck & Co., Inc., et al. |
| NYW 6 06-6532 | Roger Bickel, et al. v. Merck & Co., Inc., et al. |
| NYW 6 06-6533 | Brenda Baron, etc. v. Merck & Co., Inc., et al. |
| NYW 6 06-6534 | Dianne Benson, etc. v. Merck & Co., Inc., et al. |
| NYW 6 06-6544 | Pamela Charsley-Joslin, etc. v. Merck & Co., Inc., et al. |
| NYW 6 06-6545 | Theresa J. Keenan, etc. v. Merck & Co., Inc., et al. |
| NYW 6 06-6546 | Eugene O. Moore, etc. v. Merck & Co., Inc., et al. |
| NYW 6 06-6547 | Glen Nicolosi, etc. v. Merck & Co., Inc., et al. |
| NYW 6 06-6548 | Frank B. Perillo, etc. v. Merck & Co., Inc., et al. |
| NYW 6 06-6549 | Patricia A. Ruvolo, etc. v. Merck & Co., Inc., et al. |
| NYW 6 06-6550 | Patricia Sabadasz, etc. v. Merck & Co., Inc., et al. |
| NYW 6 06-6551 | Lavernne Watson, etc. v. Merck & Co., Inc., et al. |
| OHIO NORTHERN | |
| OHN 1 06-2558 | Timothy Walter Richards, Sr., et al. v. Merck & Co., Inc. |
| OHN 1 06-2559 | Deborah K. Roscoe v. Merck & Co., Inc. |
| OHN 1 06-2560 | Leonard Novak, et al. v. Merck & Co., Inc. |
| OHN 1 06-2561 | Edith Tabak, et al. v. Merck & Co., Inc. |
| OHN 1 06-2562 | Kenneth W. Raybon, et al. v. Merck & Co., Inc. |
| OHN 1 06-2575 | Thomas G. Wigle, et al. v. Merck & Co., Inc. |
| OHN 1 06-2580 | Glenn A. Cook, et al. v. Merck & Co., Inc. |
| OHN 1 06-2583 | Mary Young v. Merck & Co., Inc. |
| OHN 1 06-2584 | Thomas M. Tulcewicz v. Merck & Co., Inc. |
| OHN 1 06-2585 | Benjamin Thompson v. Merck & Co., Inc. |
| OHN 1 06-2636 | Nikki Gilmore, etc. v. Merck & Co., Inc. |
| OHN 1 06-2637 | Edward M. Stanco, Jr., etc. v. Merck & Co., Inc. |
| OHN 1 06-2669 | Edward Drozd, et al. v. Merck & Co., Inc. |
| OHN 1 06-2670 | Carolyn Evans, et al. v. Merck & Co., Inc. |
| OHN 5 06-2635 | Kenneth K. Kerr, Sr. v. Merck & Co., Inc. |
| OHN 5 06-2638 | Barbara R. Brunk, etc. v. Merck & Co., Inc. |
| OHIO SOUTHERN | |
| OHS 1 06-720 | Betty Pickett v. Merck & Co., Inc., et al. |
| OHS 2 06-876 | Betty Mason v. Merck & Co., Inc., et al. |
| OKLAHOMA EASTERN | |
| OKE 6 06-464 | Omega Lambert, etc. v. Merck & Co., Inc. |
| OKE 6 06-465 | Gerald Hammond v. Merck & Co., Inc. |
| OKE 6 06-466 | Pamela Treadwell, etc. v. Merck & Co., Inc. |
| OKE 6 06-468 | Paul Stinson v. Merck & Co., Inc. |
| OKLAHOMA WESTERN | |
| OKW 5 06-1211 | Ruby King, etc. v. Merck & Co., Inc. |
| PENNSYLVANIA EASTERN | |
| PAE 2 06-4827 | Greg Golla v. Merck & Co., Inc., et al. |
| PENNSYLVANIA WESTERN | |
| PAW 2 06-1443 | William T. Krajcovic, Sr., etc. v. Merck & Co., Inc. |

Exhibit A

SCHEDULE CTO-76 - TAG-ALONG ACTIONS (MDL-1657)                          Page 6 of 6

DIST. DIV. C.A. #              CASE CAPTION

TEXAS EASTERN
  TXE 2 06-456                 Don Cagle, etc. v. Merck & Co., Inc., et al.
  TXE 4 06-436                 Pauline Stover v. Merck & Co., Inc.

TEXAS NORTHERN
  TXN 4 06-741                 Gail Yeakley, etc. v. Merck & Co., Inc.

TEXAS SOUTHERN
  TXS 1 06-176                 Juan Lizardi v. Merck & Co., Inc., et al.
  TXS 2 06-471                 Maria Graciela Cruz v. Merck & Co., Inc., et al.
  TXS 2 06-478                 Rosario Lechuga v. Merck & Co., Inc., et al.
  TXS 2 06-489                 Divine Garcia v. Merck & Co., Inc., et al.
  TXS 4 06-3464                Antoinette Donaldson v. Merck & Co., Inc.
  TXS 7 06-303                 Lilian Murphree v. Merck & Co., Inc., et al.
  TXS 7 06-318                 Paula Gonzalez v. Merck & Co., Inc., et al.
  TXS 7 06-319                 Juan R. Gonzalez v. Merck & Co., Inc., et al.
  TXS 7 06-320                 Adolfo De Leon v. Merck & Co., Inc., et al.
  TXS 7 06-321                 Victor Saenz v. Merck & Co., Inc., et al.
  TXS 7 06-329                 Jose Zuniga v. Merck & Co., Inc., et al.
  TXS 7 06-331                 Rodolfo Regalado v. Merck & Co., Inc., et al.
  TXS 7 06-333                 Ludivina Pena v. Merck & Co., Inc., et al.
  TXS 7 06-334                 Anita Salinas v. Merck & Co., Inc., et al.

TEXAS WESTERN
  TXW 1 06-848                 Emil Kenneth Braune v. Merck & Co., Inc., et al.
  TXW 1 06-850                 James Mercer v. Merck & Co., Inc., et al.
  TXW 1 06-858                 Marilyn Trent v. Merck & Co., Inc., et al.
  TXW 1 06-859                 Charles Ray Garrett, et al. v. Merck & Co., Inc., et al.
  TXW 1 06-870                 Esther McConoghy v. Merck & Co., Inc., et al.
  TXW 1 06-871                 Ruby Shaw v. Merck & Co., Inc., et al.
  TXW 5 06-940                 Leonel Diaz v. Merck & Co., Inc.

UTAH
  UT 2 06-905                  Mable Lassen v. Merck & Co., et al.
  UT 2 06-931                  James Pangburn, et al. v. Merck & Co., Inc., et al.

WEST VIRGINIA SOUTHERN
  WVS 1 06-898                 Dorothy Petry, et al. v. Merck & Co., Inc.

Exhibit A