## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Bailey et al v. Merck & Co., Inc. et al

Case Number:  3:06-cv-00979-MHT

Referenced Docket Entry - *** RESPONSE to Motion - doc. 32

The referenced docket entry was filed electronically in error with ERROR on ***December 8, 2006*** and is being STRICKEN from the docket. This resulted in an error on the docket sheet because the wrong motions were referenced. Please DISREGARD this docket entry.